UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Tonia' Scott_

Write the full name of each plaintiff.

17CV 1682

v. (Include case number if one has been assigned)

-against-

_Pine Ridge Community Association_

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☒ No

RECEIVED
SDNY DOCKET UNIT
2017 MAR -7  AM 10: 25

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☒   **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Tonia' Scott_ , is ~~a citizen of~~ the State of    *Domicile in*
(Plaintiff's name)

_New York_
(State in which ~~the person resides~~ and intends to remain.)
        *Domicile*

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, *Pine Ridge Comm Ass* is incorporated under the laws of
the State of *Pennsylvania* _____

and has its principal place of business in the State of *Pennsylvania* _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

*Tonia'* — *Scott*
First Name            Middle Initial        Last Name

*1735 Madison Avenue, #13E*
Street Address

*New York, NY,*        *NY*        *10029*
County, City                State            Zip Code

*570-460-1912*              *enhise42@yahoo.com.*
Telephone Number           Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: *PINE RIDGE Community Association*

First Name / Last Name

*Company*

Current Job Title (or other identifying information)

*4770 PINE Ridge DRIVE*

Current Work Address (or other address where defendant may be served)

*Pike Bushkill, Pennsylvania 18324*

County, City / State / Zip Code

Defendant 2: *Joseph Peritore*

First Name / Last Name

*President*

Current Job Title (or other identifying information)

*4770 PINE RIDGE DRIVE*

Current Work Address (or other address where defendant may be served)

*Pike, Bushkill, Pennsylvania 18324*

County, City / State / Zip Code

Defendant 3: *Theresa Elliott*

First Name / Last Name

*VICE - PRESIDENT*

Current Job Title (or other identifying information)

*4770 PINE Ridge DRIVE*

Current Work Address (or other address where defendant may be served)

*Pike Bushkill, Pennsylvania 18324*

County, City / State / Zip Code

Defendant 4: _KAREN_ _Siegel_
First Name          Last Name

_TREASURER_
Current Job Title (or other identifying information)

_4770 PINE RIDGE DRIVE_
Current Work Address (or other address where defendant may be served)

_Pike, Bushkill, Pennsylvania 18324_
County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _Please See Attachment_

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_Attachment_

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____
Attachment
_____
_____
_____

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

_____
Attachment
_____
_____
_____

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| *March 01, 2017* | *Tonia Scott* |
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| *Tonia* | — | *Scott* |
| First Name | Middle Initial | Last Name |

*1735 Madison Ave. #13E*
Street Address

| | | |
|---|---|---|
| *New York, NY* | *NY* | *10029* |
| County, City | State | Zip Code |

| | |
|---|---|
| *(570) 460-1912* | *enhise42@yahoo.com* |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

1. On February 1, 2017, Plaintiff, Tonia' Scott filed her Declaration of Ownership Affidavit in accordance to her Aboriginal Title and the United Nations Declaration on the Rights of Indigenous People for Pine Ridge, Lehman Township, Bushkill, Pennsylvania; with the Pike County recorder of deeds. Defendant, Pine Ridge Community Association was informed of Plaintiff's filing on February 08, 2017; Plaintiff conversed with Defendant's property manager, Alexandria and faxed to her Plaintiff's recorded Declaration of Ownership Affidavit. ***See Exhibit A and See Exhibit B***

2. Defendant address of business operations is 4770 Pine Ridge Drive

    Bushkill, Pennsylvania.

3. Defendant personal and rental dwellings:

| | |
|---|---|
| PRESIDENT:  Joseph William Peritore | 150 SCHOONOVER COURT<br>BUSHKILL, PENNSYLVANIA<br>LT 108 STG 8        PINE RIDGE |
| TREASURER: Karen Lynn. Siegel | 1595 PINE RIDGE<br>BUSHKILL,  PENNSYLVANIA<br>LT 103 SEC 8        PINE RIDGE |
| | 114 CHESTNUT LANE<br>BUSHKILL, PENNSYLVANIA<br>LT 103 STG 8        PINE RIDGE |
| VICE PRESIDENT: Theresa M. Elliott | 1606 PINE RIDGE<br>BUSHKILL, PENNSYLVANIA<br>LT 220 STAGE 6    PINE RIDGE |

4. Plaintiff, Tonia' Scott was later informed by Defendant's property manager that a meeting was scheduled on February 15, 2017 to discuss  Plaintiff's

proposition of partaking a lot leasing agreement with the multitude of Pine Ridge dwellers. On February 16, 2017, Plaintiff was informed by Defendant's property manager that Plaintiff's offer of a lot lease agreement with the Pine Ridge dwellers would not be considered nor conveyed to the current dwellers of Pine Ridge . Plaintiff, Tonia' Scott offered the defendant a lot lease agreement in which the Pine Ridge dwellers would compensate Plaintiff $300 per month for land usage per lot.

5. Enlighten of Defendant's refusal to accept Plaintiff's contract, Plaintiff seeks an ejectment of Defendant and various 3rd party trespassers (several John Doe (s) and Jane Doe (s) employed by the Defendant and/ or domiciled on Plaintiff's land.

### **Outline of Facts**

6. Plaintiff,  Tonia Scott is an Aboriginal/ Indigenous/ Native American Indian woman within the meaning of the description of the **Draft Declaration of the Inter-American Declaration of the Rights of Indigenous Peoples at Article 1 Definition:**

> "In this Declaration Indigenous Peoples are those who embody historical continuity with societies which existed prior to the conquest and settlement of their territories by Europeans..." ***See Exhibit C***

7.  According to the **Congressional House Resolution 331**; Congress has acknowledged that Plaintiff, Tonia Scott direct "bloodline" ancestors developed the political system that formed the original thirteen colonies into one republic and that their principles were incorporated into the United States Constitution. The same United States Constitution that contracts the sovereignty of the United States Corporation and its colonists- agents, representatives and officers from the Indigenous American people.

8.  Plaintiff, Tonia Scott has NO CONTRACT with any state or county agency or company.

## Federal Jurisdiction

9.  In **Oneida Indian Nation v. County of Oneida, 414 U.S. 661, 669 (1974),** the Supreme Court opinion in **Oneida Indian Nation v. County of Oneida**, supra, "The Oneida court acknowledged that fee title to the lands claimed *by* the Oneidas lay in the state or private ownership. **Id. at 670**. See also **United States v. Boylan, 265 Fed. 165, 173 (2d Cir.1920),** which was a suit to eject private parties from restricted aboriginal lands of the Oneida Nation. Since the Passamaquoddy claim lies within the boundaries of the thirteen original states, the pre-emptive fee lay initially in the state; i.e. the Commonwealth of Massachusetts.

*Nevertheless, federal law still governs the alienation of the Indian interest.*

**10.**      Finally, the 1974 Supreme Court opinion in **<u>Oneida Indian Nation v. County of Oneida</u>**, supra,. While not offering a detailed examination of the scope of Indian title, it nevertheless reasserts the importance of such title in its lengthy citation to Walapai Tribe (414 U.S. at 668-69), and in its holding that an ejectment or damages action founded in aboriginal Indian title raises an issue of federal law sufficient to support federal question jurisdiction in federal court. That case also reaffirmed the holding in Walapai Tribe that there need be no formal federal recognition of the Indian right of occupancy in order for it to be protected from third-party trespass. Id.

## <u>Argument in Support of Ejectment</u>

11. PLAINTIFF petitions to have Defendant, Pine Ridge Community Association and various 3rd party trespassers (several John Doe (s) and Jane Doe (s)), ejected from Plaintiff's property commonly known as Pine Ridge, Lehman Township, Bushkill, Pennsylvania; due to Defendant's refusal to contract a land lease agreement and to provide financial compensation for land usage to the owner, Plaintiff.

12. Plaintiff validates the following in support of her ejectment:

   I.      The Supreme Court has relied on the right to exclude others as the basis for recognition of constitutional property interests in land.

**College Savings Bank v. Florida Prepaid Postsecondary Educ. Expense Bd.**, 527 U.S. 666, 673 (1999) ("[t]he hallmark of a protected property interest [in the constitutional sense] is the right to exclude others."). It has long been the law that Indians holding land under aboriginal title may maintain an ejectment action against trespassers. **Marsh v. Brooks,** 49 U.S. 223, 232 (1850) (the right of ejectment "is not open to question"); see also, **Oneida Indian Nation v. County of Oneida,** 470 U.S. 226 (1985) (Indian nations may maintain trespass actions for violations of their land rights).

II.    In **Johnson v. McIntosh (1823)** , "The Court guarantee the. occupants protection from intrusion." **Id. at 1371-72**

III.    "That an action for ejectment could be maintained on an Indian right to occupancy and use, is not open to question". Citing **Johnson v. McIntosh  (1823),** supra. Id. at 232.

IV.    "Indeed, in light of this precedent, it is clear that any activity on Indian lands conducted without the consent of the beneficial Indian owners' amounts to actionable trespass". **Mitchel v United States (1835),** supra, 34 U.S. 746; **Oneida Indian Nation v. County of Oneida** supra, 414 U.S at 668-69

V.    **Edwardsen v. Morton,** 369 F. Supp. 1359 CD.D.C. (1973), the

Arctic Slope trespass case, the district judge concluded," any third parties coming onto the *land* without consent of those rightfully in possession are mere trespassers." **Id. at *1371*.**

VI.   Perhaps the first case to treat the issue of third-party trespass was **Marsh v. Brooks, 49 U.S. 223 (1850)**. There it was held that an action for ejectment could be brought to secure the Indian right of occupancy, they could not disturb the occupants under the Indian title.

### **Damages and Relief**

13. Plaintiff wishes to recoup from Defendant for all rents, issues and profits derived from the leasing, renting or use of the lands beginning from February 1, 2017 until ejectment; at a rate of $75,000 (Seventy- Five Thousand Dollars) per month with 10% interest for Defendants' personal and professional land usage, which includes private/ personal,  office operations and amenities.   Defendant amenities consist of a large clubhouse, oversize pool and  PINE RIDGE COMMUNITY MAPLE LAKE.

http://www.pineridgecommunity.net/amenities_main.asp

Notice ID: ▬▬▬▬▬

PIKE CAO
MILFORD PROFESSIONAL PARK
10 BUIST ROAD SUITE 101
MILFORD, PA 18337-9901



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES

OFFICE OF INCOME MAINTENANCE

Mail Date: 04/29/2016

Record ID: ▬▬▬▬ Telephone: 1-866-267-9181

Tonia Scott
4110 Winchester Way
Bushkill, PA 18324-6917

Notice ID: ▬▬▬

COMPASS: The fast and easy way to apply for benefits
www.compass.state.pa.us

*Pennsylvania receives information from other state and federal agencies to verify the information you give them. If you misrepresent, hide, or withhold facts which may affect your eligibility for benefits, you may be required to repay your benefits, and you may be prosecuted and disqualified from receiving certain future benefits.*

**Dear Ms. Scott,**

Ms. Scott, this letter is to confirm your request of your demographic information. The race listed for you is Native American. If you have any other questions, you can call the statewide center at 877-395-8930.

*Exhibit A*



**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
OFFICE OF THE SOLICITOR
WASHINGTON, D.C.  20240

**28 1976 SEP**

Memorandum

**To:**       Lawrence A. Aschenbrenner, Assistant Solicitor
            Division of Indian Affairs

**From:**    Tim Vollmann, Attorney
            Division of Indian Affairs

**Subject:**  The Nature of Aboriginal Indian Title

In essence, the claim of the Passamaquoddy Indian Tribe is
one for aboriginal Indian title.  The subject most recently
received treatment by the Supreme Court in Oneida Indian
Nation v. County of Oneida, 414 U.S. 661 (1974).  There the
court stated:

> "It very early became accepted doctrine
> in this Court that although fee title
> to the lands occupied by Indians when
> the colonists arrived became vested
> in the sovereign—first the dis-
> covering European nation and later
> the original States and the United
> States—a right of occupancy in the
> Indian tribes was nevertheless
> recognized.  That right, sometimes
> called Indian title and good against
> all but the sovereign, could be
> terminated only by sovereign act.
> Once the United States was organized
> and the Constitution adopted, these
> tribal rights to Indian lands became
> the exclusive province of the federal
> law.  Indian title, recognized to be
> only a right of occupancy, was ex-
> tinguishable only by the United
> States." Id. at 667.



*Exhibit B*

## DECLARATION OF OWNERSHIP AFFIDAVIT

I, Tonia' Scott, being first duly subscribed and sworn under oath, state that I am the owner of real property commonly known as **Pine Ridge, Bushkill, Pennsylvania**, which said property is located in the unincorporated census-designated place of **Lehman Township, Bushkill, Pennsylvania,** more particularly described as:

| Map Coordinates: | Latitude: 41.150833 | Longitude: -74.99 |
|---|---|---|
| | 41.1402 | -74.986 |
| | 41.13135 | -75.00129 |
| | 41.1466332431681 | -74.99482575447934 |
| | 41.15669 | -74.99067 |
| | 41.1309° N | 74.9916° W |

My ownership of this property is evidenced from inheritance and in accordance to **Aboriginal title** and **original Indian title.**   Legal precedence illustrates the following:

1. As an Indigenous American Indian woman, I have Aboriginal

   title to my ancestral land of North America/ Turtle Island.

2. **Aboriginal title** is a common law doctrine that the land rights of indigenous

   peoples to customary tenure persist after the assumption of

   sovereignty under settler colonialism. All jurisdictions are in agreement that

   aboriginal title is inalienable, except to the national government, and that it

   may be held either individually or collectively. Aboriginal title is also referred

   to as **indigenous title, native title and original Indian title**

   a. "Non- Indian bodies have no authority to title land, only to pay

*Exhibit C*

Compensation". ***United States v. Alcea Band of Tillamooks***

b. Consider, also, these words of Justice Mansfield in *Oneida*:

"This right of occupancy which the Indians retain until validly

extinguished has  been variously termed aboriginal title, unrecognized

title, original Indian title, or simply *Indian title*."

c. **Worcester v. Georgia, 31 U.S. 515 (1832),** the Supreme Court

called Indian nations "the undisputed possessors of the soil, from time

immemorial". It also held that the Indians "were admitted to be the

rightful  occupants of the soil, with a legal as well as just claim to

retain possession of it, and to use it according to their own- discretion"

d. **United States v. Cook, 86 U.S. 591 (1874),** the court held: "This

right of  use' and occupancy by the Indians is unlimited. They may

exercise it at their discretion". Id. at 593.

e. **United States v. Cook**, supra, (2) "Indians are the equivalent of life

tenants on their lands"

f. In **Johnson v. McIntosh**, "The Court guarantee the. occupants

protection from intrusion." Id. at 1371-72

g. **Edwardsen v. Morton, 369 F. Supp. 1359 CD. D.C. (1973),**

**United States v. Klamath and Moadoc Tribes**, supra, which took a

similarly expansive view of Indian title right of occupancy as it existed

prior to any treaty.

h. In **Minnesota v Hitchcock, 185 U.S. 373 (1902),"** the court

acknowledged that confessedly the fee of the land was in the United

States (North America), subject to a right of occupancy by the

Instrument
201700001002 OR    Book Page
                   2516  528

Indians". Id. at 388-89.

    i. **Cramer v. United States (1923)** was the first Supreme Court decision to acknowledge the doctrine of individual aboriginal title, not held in common by tribes.

3. The United States of America is a charter member of the United Nations. A United Nations resolution (UN resolution) is a formal text adopted by a United Nations (UN) body. The **United Nations Declaration on the Rights of Indigenous People,** signed by United States President Barak Obama is a legally binding United Nations General Assembly Resolution, General Assembly Resolutions have the same weight as full-fledged sources of international law:

    a. *"In this Declaration Indigenous Peoples are those who Embody historical continuity with societies which existed prior to the conquest  and settlement of their territories by Europeans..."*

    b. *Indigenous peoples* ***HAVE THE RIGHT TO THE LANDS,*** *territories and RESOURCES which they have traditionally owned, occupied or otherwise USED OR ACQUIRED- Article 26 (1)*

    c. *Indigenous peoples* ***HAVE THE RIGHT TO OWN,*** *USE, develop and control the LANDS, territories and RESOURCES that they possess by reason of traditional ownership or other traditional occupation or use. AS WELL AS THOSE WHICH THEY HAVE OTHERWISE ACQUIRED. –Article 26 (2)*

Instrument        Book Page
201700001002 OR    2516  529

Dated this ___01___ day of _____OCT_____, 20 _16_.

_Trina _____

Owner's Signature

201700001002
Filed for Record in
PIKE COUNTY, PA
SHARON SCHROEDER
02-01-2017 At 10:49 am.
AFFIDAVIT        54.00
OR Book   2516 Page  526 - 529

## NOTARY ACKNOWLEGEMENT

EXECUTED this day __01__ of ___OCTOBER___, 2016.

STATE OF ___NEW YORK___

COUNTY OF ___NEW YORK___

On this day, personally appeared before me, ___TONYA SCOTT___, to me
known to be the person(s) described in and who executed the within instrument,
and acknowledged that he/she signed the same as his/her voluntary act and deed,
for the uses and purposes therein mentioned.

Witness my hand and official seal hereto affixed on this day of ___OCT 01___,
20_16_.

Notary's Public Signature: _____

My commission expires ___09-16 2018___.

**HENRY CALDERON**
**Notary Public, State of New York**
**No. 01CA6043709**
**Qualified in New York County**
**Commission Expires _09-10-2018_**

Welcome to the Pike County Real Property Official Records



# Pennsylvania Land Records

Home | Select Registry | Help | Support | About the Registry | Register | Login

🖨 Print Search Results

## Search Results for Pike, PA



**Search**

Documents From:01/01/1930 To:02/01/2017

**Type**

**Search Type:** Name

**Name:**

SCOTT TONIA

Format is **Lastname Firstname** - example:
**Smith John**

**As:**

Both

**Registry Types:**

Search all Registry Types
MISCELLANEOUS
POWER OF ATTORNEY
CLEAN&GREEN
FINANCIAL STATEMENTS
SATISFACTION
MAPS
MORTGAGES

**Recorded Date:**

**From**

01/01/1930

**To**

02/01/2017

Search   25  Results Per Page

### Document Details:

| Number | File Date | Inst. Date |
|---|---|---|
| 201700001002 | 2/1/2017 10:49:00AM | 10/1/2016 |

| Type | Liber | Page | # of Pages |
|---|---|---|---|
| (AFFIDAVIT ) | 002516 | 0526 | 4 |

| Series | Name |
|---|---|
| Grantor | SCOTT TONIA |
| Grantee | SCOTT TONIA |

### Location

LEHMAN TWP

| Remarks | |
|---|---|
| | SEE RECORD |

🔍 Quick Document Viewer - (This option is not recommended for printing.)
🔍 View/Save Printable Document - (Requires TIFF Plugin) Click Here for Printing/TIFF Plug-in Instructions.
⌄ Download the Document Pages  (Requires TIFF Viewer) Click Here for Instructions.

Real Property Official Records Search

Copyright © 2016 Xerox Corporation. All rights reserved.

PRESS FIRMLY TO SEAL          PRESS FIRMLY TO SEAL

 

U.S. POSTAGE
PAID
NEW YORK, NY
10035
MAR 03, 17
AMOUNT
**$6.65**
R2304E106388-08

1005    10007

# PRIORITY
## ★ MAIL ★

 **DATE OF DELIVERY SPECIFIED***

 **USPS TRACKING™ INCLUDED***

 **INSURANCE INCLUDED***

 **PICKUP AVAILABLE**

   * Domestic only

**USM P3 SDNY**

FROM: Tonia Scott
735 Madison Avenue #735
New York, New York 10029

TO: United States District Court
Southern District of New York
Pro Se Office Room 200
500 Pearl Street
New York New York 10007

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.





Expected Delivery Day: 03/04/2017
**USPS TRACKING NUMBER**

This envelope is made from post-consumer waste. Please recycle - again.

kaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

RECEIVED
SDNY DOCKET UNIT
2017 MAR -7  AM 10: 20