IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TONIA SCOTT,

    Plaintiff,

v.

PINE RIDGE COMMUNITY
ASSOCIATION, et al.,

    Defendants.

NO. 3:17-CV-668

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 4th day of May, 2017, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 6) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 6) is **ADOPTED**.

(2) Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 7) is **GRANTED**.

(3) Plaintiff's Complaint (Doc. 2) is **DISMISSED**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge